# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH PIONTKOWSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>    Defendant. | Case No. CV 15-2371 RGK (MRWx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    The Court summarily dismisses this civil action without prejudice based on Plaintiff's failure to pay the required filing fee or to respond to a court order pursuant to Federal Rule of Civil Procedure 41.

    Plaintiff, a <u>pro se</u> litigant, commenced this civil action against a mortgage company. According to the Court's records, he neither paid the civil filing fee (generally $400) nor applied for <u>in forma pauperis</u> status to proceed without prepayment of that fee pursuant to 28 U.S.C. § 1915(a). (Docket # 1.)

    In early April, Magistrate Judge Wilner issued an order requiring Plaintiff to pay the filing fee or fill out the relevant paperwork to apply for IFP status. (Docket # 5.) Judge Wilner also informed Plaintiff about the existence of a Pro Se Clinic

1  located in the courthouse.  However, Plaintiff failed to take any action by the
2  May 1 deadline that Judge Wilner set.
3  　　　Accordingly, the Court dismisses the action based on Plaintiff's failure to
4  pay the filing fee he owes or to submit a timely request for IFP status as ordered by
5  the magistrate judge.
6  　　　Therefore, this action is hereby DISMISSED without prejudice.
7  　　　IT IS SO ORDERED.
8
9  Dated:  May 11, 2015                 _____
10                                       HON. R. GARY KLAUSNER
11                                       UNITED STATES DISTRICT JUDGE